NATHANIEL ALTMAYER et al., Respondents, *v.* PATRICK J. McKEON et al., Defendants.

EDWARD V. THORNALL et al., as Substituted Assignees of PATRICK J. McKEON, Appellants.

*Altmayer* v. *McKeon,* 53 App. Div. 637, appeal dismissed.
(Argued October 3, 1900; decided October 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1900, affirming two orders of Special Term denying motions of the appellants herein to be substituted as defendants in place of James D. Squires, deceased.

*Clarence E. Thornall* for appellants.

*Emanuel Blumenstiel* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.